**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Cecil** | **B.** | **Davidson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Nora** | **Lee** | **Davidson** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number **19-41311**
(if known)

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List Your Creditors Who Hold Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| **None.** | | |

## Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**    **Will this lease be assumed?**

Lessor's name:    **Financial Pacific Leasing, Inc.**    ☑ No
Description of leased property:    **2009 Ford F-550 Bucket Lease**    ☐ Yes

Lessor's name:    **Michayla Vanderstelt**    ☐ No
Description of leased property:    **Tenant lease**    ☑ Yes

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

Debtor 1  **Cecil B. Davidson**
Debtor 2  **Nora Lee Davidson**                             Case number (if known)  __19-41311__

**Describe your unexpired personal property leases**                **Will this lease be assumed?**

Lessor's name:  **Sherrie Adams & William Stevens**       ☐ No
Description of leased  **Tenant lease**                                   ☑ Yes
property:

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 2

Debtor 1 **Cecil B. Davidson**
Debtor 2 **Nora Lee Davidson**    Case number (if known) __19-41311__

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.**

X **/s/ Cecil B. Davidson**          X **/s/ Nora Lee Davidson**
Cecil B. Davidson, Debtor 1           Nora Lee Davidson, Debtor 2

Date **05/28/2019**                   Date **05/28/2019**
MM / DD / YYYY                        MM / DD / YYYY